NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Crim. No. 04-725 (WHW) |
| GERALD OROCIO, | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

  Gerald Orocio moves the Court for a writ of error <u>coram nobis</u> seeking to vacate his 2004 conviction in this Court for possession of methamphetamine.

  IT IS, on this 6th day of January 2010:

  ORDERED that Mr. Orocio's motion for a writ of error <u>coram nobis</u> is DENIED.

.

              **s/ William H. Walls**
              United States Senior District Judge